IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GABRIEL ALEX CHAVEZ, 10033940, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | No. 3:11-CV-658-O |
| | § | |
| DALLAS POLICE DEPARTMENT, | § | |
| ET AL, | § | |
| | § | |
| Defendants. | § | |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that:

(1) Plaintiff's claims against Defendants Cole, Budjenska, LaBarba, Brock and Padilla shall proceed and process shall be issued as to these Defendants;

(2) Plaintiff's claims against all other Defendants are dismissed with prejudice;

(3) The United States Marshal Service shall serve process on Defendant Officers D. Cole #9455, K. Budjenska #4557, J. LaBarba #9910, R. Brock #6582 and G. Padilla, #5228, at the Jack Evans Dallas Police Headquarters, 1400 S. Lamar Street, Dallas, TX, 75215;

(4) The Clerk shall transmit a true copy of this Order to Plaintiff.

(5) The Clerk of the Court shall refer this case to Magistrate Judge Stickney for further proceedings and issue summons.

Signed this 6th day of July, 2011.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**